In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00326-CV**
_____

**TERRY LEE ROSE SR., Appellant**

**V.**

**TIFFANI MCINNIS, AS SURVIVING HEIR OF KIMBERLY LANGWELL, DECEASED, Appellee**

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. 24DCCV1086

**MEMORANDUM OPINION**

Terry Lee Rose Sr., Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2024
Opinion Delivered December 12, 2024

Before Johnson, Wright and Chambers, JJ.